DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDRIA INVESTMENT, LLC,**
a Florida Limited Liability Company,
Appellant,

v.

**ALLAMANDA GARDENS CONDOMINIUM INC.,**
a Florida Corporation, and **SHELDON R. ROSENTHAL,**
Appellees.

No. 4D2025-1644

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. 062022CA004954AXXXCE.

Kevin Diaz of Diaz & Affiliates, P.A., Coral Gables, for appellant.

Sheldon R. Rosenthal, Miami, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***